```
                                 United States Bankruptcy Court
                                  Middle District of Pennsylvania
```

In re:                                                                          Case No. 16-02251-JJT
Barbra Iwanowski                                                                Chapter 13
        Debtor
                                      **CERTIFICATE OF NOTICE**

District/off: 0314-5            User: DGeorge                Page 1 of 1            Date Rcvd: Jan 27, 2017
                                Form ID: pdf010              Total Noticed: 9

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 29, 2017.
db            Barbra Iwanowski,    5516 Rock Ln,    Swiftwater, PA  18370-7742
4818178       Credit First NA,    PO Box 818011,    Cleveland, OH 44181-8011
4794392       Iwanowski Barbra,    5516 Rock Ln,    Swiftwater, PA  18370-7742
4794393       John Caffese,    803 Main St,    Stroudsburg, PA  18360-1601
4794394       Planet Home Lending,    321 Research Pkwy Ste 303,    Meriden, CT  06450-8342
4842063      +Planet Home Lending LLC,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
               Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4836809        E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 27 2017 19:04:29      Jefferson Capital Systems LLC,
               Po Box 7999,    Saint Cloud Mn 56302-9617
4796615        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 27 2017 19:45:08
               LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4839006        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 27 2017 19:50:46
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2017                                    Signature:  /s/Joseph Speetjens

---

                              **CM/ECF NOTICE OF ELECTRONIC FILING**

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              John Robert Caffese    on behalf of Debtor Barbra  Iwanowski ecf@jrcfirm.com, kevin@jrcfirm.com
              Joshua Louis Thomas    on behalf of Debtor Barbra  Iwanowski joshualthomas@gmail.com,
               Ecf@JRCfirm.com
              Matthew Mugno    on behalf of Debtor Barbra  Iwanowski matt@jrcfirm.com
              Thomas I Puleo    on behalf of Creditor    Planet Home Lending LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 6
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CHAPTER 13 |
|---|---|
| BARBARA IWANOSKI | CASE NO. 5 – 16 – bk - 02251 |
| DEBTOR | MOTION TO REINSTATE |

**ORDER**

Upon consideration of the Debtor's Motion to Reinstate and for good cause being shown it is now,

**ORDERED** that the Debtor's Motion to Reinstate is granted and that the Debtor's Bankruptcy Case shall be reinstated.

Dated: January 27, 2017

By the Court,

John J. Thomas, Bankruptcy Judge
(RPR)