```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 16-02251-JJT
Barbra Iwanowski                                                    Chapter 13
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0314-5         User: JGoodling          Page 1 of 1              Date Rcvd: May 24, 2017
                             Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2017.
db            Barbra Iwanowski,    5516 Rock Ln,    Swiftwater, PA   18370-7742

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2017                               Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Planet Home Lending LLC bkgroup@kmllawgroup.com
              John Robert Caffese    on behalf of Debtor Barbra  Iwanowski ecf@jrcfirm.com, kevin@jrcfirm.com
              Joshua Louis Thomas    on behalf of Debtor Barbra  Iwanowski joshualthomas@gmail.com,
               Ecf@JRCfirm.com
              Matthew Mugno    on behalf of Debtor Barbra  Iwanowski matt@jrcfirm.com, ecf@jrcfirm.com
              Thomas I Puleo    on behalf of Creditor    Planet Home Lending LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: BARBARA IWANOSKI | : CHAPTER 13 |
| BARBARA IWANOWKSI | : CASE NO. 5-16-bk-02251-JJT |
| Debtor | : |
| CHARLES J. DEHART III. | : |
| Trustee | : |

## ORDER

Upon consideration of the request for the Motion for Withdrawal of Application for allowance of compensation and expenses and for good cause being shown it is now,

**ORDERED** that the Debtor's request for Withdrawal is granted.

Dated: May 24, 2017

By the Court,

John J. Thomas, Bankruptcy Judge
(RPR)