```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 16-02251-JJT
Barbra Iwanowski                                                    Chapter 13
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: JGoodling          Page 1 of 1          Date Rcvd: Jun 01, 2017
                              Form ID: orcnfpln        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 03, 2017.
db              Barbra Iwanowski,    5516 Rock Ln,    Swiftwater, PA   18370-7742

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2017                         Signature:   /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 1, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Planet Home Lending LLC bkgroup@kmllawgroup.com
              John Robert Caffese    on behalf of Debtor Barbra Iwanowski ecf@jrcfirm.com, kevin@jrcfirm.com
              Joshua Louis Thomas    on behalf of Debtor Barbra Iwanowski joshualthomas@gmail.com,
               Ecf@JRCfirm.com
              Matthew Mugno    on behalf of Debtor Barbra Iwanowski matt@jrcfirm.com, ecf@jrcfirm.com
              Thomas I Puleo    on behalf of Creditor    Planet Home Lending LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

orcnfpln(05/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Barbra Iwanowski | Chapter | 13 |
| Debtor(s) | Case No. | 5:16–bk–02251–JJT |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on April 20, 2017. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: June 1, 2017

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: JGoodling, Deputy Clerk