```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                              Case No. 16-02251-JJT
Barbra Iwanowski                                                    Chapter 13
        Debtor            CERTIFICATE OF NOTICE
District/off: 0314-5        User: JGoodling       Page 1 of 1       Date Rcvd: Oct 26, 2017
                            Form ID: pdf010       Total Noticed: 11
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2017.
```
db             Barbra Iwanowski,    5516 Rock Ln,    Swiftwater, PA  18370-7742
cr            +US Department of Education,    121 South 13th St, Suite 201,    Lincoln, NE 68508-1911
4818178        Credit First NA,    PO Box 818011,    Cleveland, OH 44181-8011
4794392        Iwanowski Barbra,    5516 Rock Ln,    Swiftwater, PA  18370-7742
4794393        John Caffese,    803 Main St,    Stroudsburg, PA  18360-1601
4794394        Planet Home Lending,    321 Research Pkwy Ste 303,    Meriden, CT  06450-8342
4842063       +Planet Home Lending LLC,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                Philadelphia, PA 19106-1541
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4836809        E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 26 2017 18:51:31     Jefferson Capital Systems LLC,
                Po Box 7999,    Saint Cloud Mn 56302-9617
4796615        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 26 2017 18:55:35
                LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4839006        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 26 2017 19:02:16
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4900640       +E-mail/Text: electronicbkydocs@nelnet.net Oct 26 2017 18:51:28
                US Department of Education c/o Nelnet,    121 South 13th Street, Suite 201,
                Lincoln, NE 68508-1911
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2017                          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Planet Home Lending LLC bkgroup@kmllawgroup.com
              John Robert Caffese    on behalf of Debtor 1 Barbra  Iwanowski ecf@jrcfirm.com, kevin@jrcfirm.com
              Joshua Louis Thomas    on behalf of Debtor 1 Barbra  Iwanowski joshualthomas@gmail.com
              Matthew Mugno    on behalf of Debtor 1 Barbra  Iwanowski matthew.mugno@gmail.com, ecf@jrcfirm.com
              Thomas I Puleo    on behalf of Creditor    Planet Home Lending LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: BARBRA IWANOWSKI

Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

Movant

CASE NO: 5-16-02251-JJT

vs.

BARBRA IWANOWSKI

MOTION TO DISMISS

### ORDER DISMISSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.

Dated: October 26, 2017

By the Court,

John J. Thomas, Bankruptcy Judge
(RPR)